IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>v.<br><br>Celestine Coletta Strong, et al.,<br><br>         Defendants. | No. CR 21-00335-PHX-SMB<br><br>**ORDER**<br><br> (First request as to this Defendant. Third request total) |

Upon motion of Defendant Celestine Coletta Strong, no objection by the Co-defendant and by the Government, and good cause appearing,

**IT IS ORDERED** granting Defendant's Motion to Continue Trial (Doc. 53) for the reasons stated in Defendant's motion, including that defense counsel needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from January 11, 2022 to **March 8, 2022 at 9:00 a.m.** and continuing the pretrial motion deadline until February 4, 2022. Order is as to all defendants set for trial.

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. §3161(h)(7)(A) and (B) will commence from January 12, 2022 to March 8, 2022.

**IT IS FURTHER ORDERED** that the parties shall keep the Court apprised of the possibility of settlement and should settlement be reached, the parties shall notify the Court.

Dated this 3rd day of December, 2021.

_____
Honorable Susan M. Brnovich
United States District Judge